# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF WEST VIRGINIA

**Cheryl Dean Riley**  OFFICE OF THE CLERK OF COURT  **Michelle Widmer-Eby**
**Clerk of Court**  POST OFFICE BOX 471  **Chief Deputy Clerk**
WHEELING, WEST VIRGINIA 26003
(304) 232-0011
Facsimile (304) 233-2185

September 29, 2021

Via CM/ECF
Rusty J. Bittinger, Jr.
c/o F. Samuel Byrer
F. Samuel Byrer, PLLC
PO Box 597
Charles Town, WV 25414
and
H. Charles Carl , III
56 E. Main St.
Romney, WV 26757
and
Peter A. Pentony
F. Samuel Byrer, PLLC
PO Box 597
Charles Town, WV 25414

Via CM/ECF
Victoria Diane Yates
c/o Afton L. Aman
Smith McMunn & Glover PLLC
516 W Main St
Clarksburg, WV 26301
and
G. Thomas Smith
Smith McMunn & Glover PLLC
516 W Main St
Clarksburg, WV 26301

Via CM/ECF
Enterprise Rent-A-Car Company of KY, LLC
c/o David L. Wyant
Bailey & Wyant, PLLC
1219 Chapline St.
Wheeling, WV 26003
and
Diane G. Senakievich
Bailey & Wyant, PLLC - Wheeling
1219 Chapline St.
Wheeling, WV 26003

Via CM/ECF
Nationwide Mutual Insurance Company
c/o Ashley Hardesty Odell
Bowles, Rice, LLP - Morgantown
125 Granville Square
Suite 400
Morgantown, WV 26501
and
Ronda L. Harvey
Bowles, Rice, McDavid, Graff & Love - Charleston
PO Box 1386
600 Quarrier St.
Charleston, WV 25325-1386

  In Re:  Rusty J. Bittinger, Jr. v. Victoria Diane Yates, et al.
    Civil Action No.   3:12-cv-129

Dear Mr. Bittinger, Ms. Yates, Enterprise Rent-A-Car Company of KY, LLC, and Nationwide Mutual Insurance Company,

  I have been contacted by Chief Judge, Gina M. Groh, who presided over the above-mentioned case. Judge Groh informed me that it has been brought to her attention that while she presided over the case, her husband owned stock in Nationwide. Her husband's ownership of stock neither affected nor impacted her decisions in this case, which was remanded to the Circuit Court of Hampshire County with no substantive orders issued by Judge Groh.  However, her husband's stock ownership would have required recusal under the Code of Conduct for United States Judges, and thus, Judge

500 West Pike Street, Room 301  P.O. Box 1518  217 W. King Street, Room 102
Clarksburg, WV 26302  Elkins, WV 26241  Martinsburg, WV 25401
(304) 622-8513  (304) 636-1445  (304) 267-8225

Groh directed that I notify the parties of the conflict.

> Advisory Opinion 71, from the Judicial Conference Codes of Conduct Committee, provides the following guidance for addressing disqualification that is not discovered until after a judge has participated in a case:
>
> [A]judge should disclose to the parties the facts bearing on disqualification as soon as those facts are learned, even though that may occur after entry of the decision. The parties may then determine what relief they may seek and a court (without the disqualified judge) will decide the legal consequence, if any, arising from the participation of the disqualified judge in the entered decision.

Although Advisory Opinion 71 contemplated disqualification after a Court of Appeals oral argument, the Committee explained "[s]imilar considerations would apply when a judgment was entered in a district court by a judge and it is later learned that the judge was disqualified." With Advisory Opinion 71 in mind, you are invited to respond to Judge Groh's disclosure of a conflict in this case. Should you wish to respond, please submit your response in writing by filing it on the docket of this case on or before **October 13, 2021**. Any response will be considered by another judge of this court without the participation of Judge Groh.

        Sincerely,

        *Cheryl Dean Riley*

        Cheryl Dean Riley,
        Clerk of Court

500 West Pike Street, Room 301  
Clarksburg, WV 26302  
(304) 622-8513

P.O. Box 1518  
Elkins, WV 26241  
(304) 636-1445

217 W. King Street, Room 102  
Martinsburg, WV 25401  
(304) 267-8225